ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 9127
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Clark County & Clark County*
*Fire Department*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| PAUL LOPEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, ex rel. CLARK COUNTY FIRE DEPARTMENT, a political subdivision of the State of Nevada; CLARK COUNTY FIRE DEPARTMENT LOCAL 1908, an employee bargaining unit, a Nevada non-profit corporation; EMPLOYEE(S) AGENT DOES I through V, inclusive; and ROE ENTITIES I through V, SUSAN VINCENT, a Nevada Limited Liability Company,<br><br>Defendants. | CASE NO. 2:16-cv-0218-APG-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT CLARK COUNTY FIRE DEPARTMENT'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Danielle C. Miller, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendant CLARK COUNTY FIRE DEPARTMENT ("Defendant"), and Andrew L. Rempfer, Esq. of the LAW OFFICES OF STEVEN J. PARSON, counsel for Plaintiff Paul Lopez ("Plaintiff"), that:

1. The due date for Defendant's Reply to Plaintiff's Response (Doc. 36) to Defendant's Motion to Dismiss (Doc. 16) be extended from May 12, 2016 to June 2, 2016.

/ / /

/ / /

4819-6324-8689.1

This is Defendant and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 13th day of May, 2016.    DATED this 13th day of May, 2016.

LAW OFFICES OF STEVEN J. PARSONS    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Andrew L. Rempfer*    By: */s/ Danielle C. Miller*
ANDREW L. REMPFER, ESQ.    ROBERT W. FREEMAN, ESQ.
Nevada Bar NO. 008628    Nevada Bar No. 003062
7201 West Lake Mead Boulevard,    DANIELLE C. MILLER, ESQ.
Suite 108    Nevada Bar No. 009127
Las Vegas, Nevada 89128    6385 S. Rainbow Boulevard, Suite 600
*Attorneys for Plaintiff*    Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Clark County & Clark County Fire Department*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
Dated: May 13, 2016.

4819-6324-8689.1                                           2