# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAUL LOPEZ, | Case No. 2:16-cv-00218-APG-GWF |
| Plaintiff, | |
| v. | **ORDER DENYING AS MOOT DEFENDANT CLARK COUNTY FIRE FIGHTERS LOCAL 1908'S MOTION TO DISMISS** |
| CLARK COUNTY FIRE DEPARTMENT, *et al.*, | (ECF No. 18) |
| Defendants. | |

In light of the plaintiff's voluntary dismissal of defendant Clark County Fire Fighters Local 1908 (ECF No. 44),

IT IS ORDERED that defendant Clark County Fire Fighters Local 1908's motion to dismiss **(ECF No. 18) is DENIED** as moot.

DATED this 16th day of June, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE