Andrew L. Rempfer
Nevada Bar No. 8628
LAW OFFICES OF STEVEN J. PARSONS
7201 W Lake Mead Blvd Ste 108
Las Vegas NV 89128-8354
(702) 384-9900
(702) 384-5900 (fax)
Andrew@SJPlawyer.com

Attorney for Plaintiff
PAUL LOPEZ & GEORGE C. SWARTS, C.P.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL LOPEZ, an individual, | Case No. 2:16-cv-00218-APG-GWF |
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO SUBSTITUTE PARTY |
| v. | (Fed. R. Civ. P., Rule 25(a)) |
| CLARK COUNTY, ex. rel. CLARK COUNTY FIRE DEPARTMENT, a political subdivision of the State of Nevada; CLARK COUNTY FIRE FIGHTERS' LOCAL 1908, an employee bargaining unit, a Nevada non-profit corporation; EMPLOYEE(S) AGENT DOES I through V, inclusive; and ROE ENTITIES I through V, inclusive; SUSAN VINCENT, an individual; DR. SUSAN VINCENT, a Nevada limited liability company, | |
| Defendants. | |

Plaintiff PAUL LOPEZ ("Plaintiff"), through his lawyer, Andrew L. Rempfer of LAW OFFICES OF STEVEN J. PARSONS, hereby moves the Court for an Order substituting as Plaintiff, herein, GEORGE C. SWARTS, CPA, an individual, upon the death of Plaintiff and the appointment of GEORGE C. SWARTS, CPA, as Special Administrator for Plaintiff.

This Motion is brought upon Fed. R. Civ. P., Rule 25(a), the following Memorandum of Points and Authorities, the attached Declaration of Plaintiff's counsel, Andrew L. Rempfer, the exhibit attached hereto, and on what other evidence the Court may adduce at any hearing upon the Request.

///

Dated: Thursday, September 1, 2016.    Respectfully Submitted By:

                                                                                      LAW OFFICES OF STEVEN J. PARSONS

                                                                                       /s/ Andrew L. Rempfer
                                                                                       ANDREW L. REMPFER
                                                                                       Nevada Bar No. 8628

                                                                                       Attorney for Plaintiff
                                                                                      PAUL LOPEZ & GEORGE C. SWARTS, C.P.A.

<u>CERTIFICATE OF SERVICE BY E-FILING</u>

I hereby certify that service of the foregoing Motion and Order to Substitute Parties was made upon Defendant CLARK COUNTY FIRE DEPARTMENT's counsel, LEWIS BRISBOIS BISGAARD & SMITH, LLP, DR. SUSAN VINCENT and SUSAN VINCENT's counsel Wilson Elser of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP and CLARK COUNTY FIRE FIGHTERS' LOCAL 1908's counsel DAVID COWELL & BOWE, LLP, by e-filing with the Court's CM/ECF system, duly noting that each Defendant has consented to service of this document by joining the Court's CM/ECF electronic service system

Dated: Thursday, September 1, 2016.

                                                                                       /s/ Kenia Gutierez
                                                                                       An Employee of LAW OFFICES OF STEVEN J. PARSONS

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

On September 01, 2016, the Probate Court of the Eighth Judicial District Court, Clark County, Nevada ("Probate Court"), entered an Order, appointing George C. Swarts, CPA, the Special Administrator for Plaintiff. A copy of the September 01, 2016 Order of the Probate Court is attached hereto and incorporated herein as Exhibit "1".

Fed. R. Civ. Proc., Rule 25 (a) provides:

(a) Death.

    (1) Substitution if the Claim is Not Extinguished. If a party dies and the claim is not extinguished, the court may order

substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.  If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

As Special Administrator, George C. Swarts, CPA, steps into the same position as Plaintiff.

Wherefore, Plaintiff hereby moves this Court for an Order to allow the substitution of these parties, namely, George C. Swarts, CPA, as Special Administrator for Plaintiff, and therefore a Plaintiff, herein, instead of Plaintiff, Paul Lopez.

Further, Plaintiff seeks the Court's Order directed to the Clerk of the Court, that the caption and all of the records of this case be changed to show that George C. Swarts, CPA, is now substituted for Paul Lopez, and as a Plaintiff, herein. A proposed caption is submitted as Exhibit "2" to this Motion.

Dated: Thursday, September 1, 2016.    Respectfully Submitted By:

LAW OFFICES OF STEVEN J. PARSONS

/s/ Andrew L. Rempfer
ANDREW L. REMPFER
Nevada Bar No. 8628

Attorney for Plaintiff
PAUL LOPEZ &GEORGE C. SWARTS, C.P.A.

DECLARATION OF ANDREW L. REMPFER, ESQ.

Andrew L. Rempfer, Esq., pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury the following:

1.    I am an attorney, licensed in Nevada.  I am the attorney of record for Plaintiff, Paul Lopez, having been retained by Paul Lopez before the commencement of this case.

2.    I prepared the foregoing Motion to Substitute Parties.  It is true and correct to

1  my personal knowledge, and where applicable, I assert I believe it to be true.

2      3.    I maintain and supervise the day-to-day maintenance of my offices' records. I

3  can attest that the attached Order, attached as Exhibit "1", is a true and correct copy of the

4  Order as entered by the Court.

5      FURTHER, YOUR DECLARANT SAYETH NAUGHT.

6      Dated: Thursday, September 1, 2016.

7      /S/ ANDREW L. REMPFER, ESQ.
    DECLARANT

8

9                                    ORDER

10  Pursuant to the foregoing Motion, and for good cause appearing,

11  IT IS SO ORDERED.

12  Dated: September  13 , 2016.    *George Foley Jr.*

13                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27