# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE C. SWARTS,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK COUNTY FIRE DEPARTMENT, *et al.*,<br><br>  Defendants. | Case No. 2:16-cv-00218-APG-GWF<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(ECF No. 30) |

In light of the stipulation to dismiss the claims against defendants Susan Vincent and Dr. Susan Vincent, LLC (ECF No. 56),

IT IS ORDERED that defendants Susan Vincent and Dr. Susan Vincent, LLC's motion to dismiss **(ECF No. 30) is DENIED as moot**.

DATED this 3rd day of October, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE