1  Andrew L. Rempfer
   Nevada Bar No. 8628
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Drive Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 (fax)
   Andrew@SJPlawyer.com
5

6  Attorney for Plaintiff
   PAUL LOPEZ

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9  PAUL LOPEZ, an individual,            Case No. 2:16-cv-00218-APG-GWF

10         Plaintiff,                    STIPULATION AND ORDER TO DISMISS
                                         THE COMPLAINT, WITH PREJUDICE
11         v.

12 CLARK COUNTY, ex. rel. CLARK COUNTY
   FIRE DEPARTMENT, a political subdivision of
13 the State of Nevada; CLARK COUNTY FIRE
   FIGHTERS' LOCAL 1908, an employee
14 bargaining unit, a Nevada non-profit
   corporation; EMPLOYEE(S) AGENT DOES I
15 through V, inclusive; and ROE ENTITIES I
   through V, inclusive; SUSAN VINCENT, an
16 individual; DR. SUSAN VINCENT, a Nevada
   limited liability company,
17
           Defendants.
18 _____/

19     Andrew L. Rempfer of LAW OFFICES OF STEVEN J. PARSONS, counsel of record for Plaintiff

20 PAUL LOPEZ ("Plaintiff") and Danielle C. Miller of LEWIS BRISBOIS BISGAARD & SMITH LLP, as

21 counsel of record for Defendant CLARK COUNTY, ex. rel. CLARK COUNTY FIRE DEPARTMENT,

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .



hereby stipulate to dismiss this matter, with prejudice, each party to bear their own attorney fees and costs.

Dated: Tuesday, January 10, 2017.

| LAW OFFICES OF STEVEN J. PARSONS | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Andrew L. Rempfer<br>ANDREW L. REMPFER<br>Nevada Bar No. 8628<br><br>Attorney for Plaintiff<br>PAUL LOPEZ | /s/ Danielle Miller<br>ROBERT W. FREEMAN<br>Nevada Bar. No. 003062<br>DANIELLE C. MILLER<br>Nevada Bar. No. 009127<br><br>Attorneys for Defendant<br>CLARK COUNTY, ex. rel.<br>CLARK COUNTY FIRE DEPARTMENT |

ORDER

IT IS SO ORDERED.

Dated: January 11, 2017.

_____
UNITED STATES DISTRICT JUDGE

